IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTEN MANNING,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and MICHAEL HERMAN BAER,<br><br>　　　　　　　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:18-cv-758-JNP-DBP<br><br>District Judge Jill N. Parrish |

　　　Before the court is a stipulated motion to dismiss filed by defendant FedEx Ground Package System, Inc. on October 11, 2019. [Docket 29]. Based on that motion, and for good cause, the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

Signed October 11, 2019

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_Jill N. Parrish_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　United States District Court Judge